IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RASHAUD L. COLEMAN, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-25-1326-SLP |
| T. CARTER, Warden, | ) ) ) |
| Respondent. | ) ) |

## O R D E R

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Chris M. Stephens [Doc. No. 7].  The R&R recommends that the Court dismiss as moot the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] because Petitioner has been transferred to another facility and, therefore, the Court "lacks jurisdiction over Petitioner's current custodian and can provide no relief to Petitioner."  *See* [Doc. No. 7] at 1, 4.

The Magistrate Judge advised Petitioner of his right to object to the R&R and that any failure to object would waive Petitioner's right to appellate review of the factual and legal issues addressed in the R&R.  *Id.* at 5.  Petitioner has neither filed an objection nor sought an extension of time in which to do so.  Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the R&R.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).  Upon review, the Court fully concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the Report & Recommendation [Doc. No. 7] is ADOPTED in its entirety, and this matter is DISMISSED WITHOUT PREJUDICE as moot. A Judgment of Dismissal will be filed contemporaneously herewith.

IT IS SO ORDERED this 27th day of January, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE